```
                    FILED IN CLERK'S OFFICE
                        U.S.D.C. - Atlanta

                         MAR - 9 2017

                    JAMES N. HATTEN, Clerk
                    By: [signature] Deputy Clerk
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMY JERRINE MISCHLER, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. |
| | : | 1:17-CV-0368-LMM |
| | : | JUDGE LEIGH MARTIN MAY |
| v. | : | |
| | : | |
| OFFICE FOR CIVIL RIGHTS OF THIS | : | |
| UNITED STATES DEPARTMENT OF | : | |
| HEALTH AND HUMAN SERVICES and | : | |
| TIMOTHY NOONAN, in his official capacity | : | |
| as Regional Manager of the OFFICE FOR | : | |
| CIVIL RIGHTS, | : | |
| | : | |
| Respondent. | : | |

## MOTION TO RECONSIDER
## and

## MOTION TO ALLOW AMENDED PETITION BY
## THE PETITIONER TO BE FILED

Now comes the Petitioner, who requests the District Court to reconsider its order issued February 27, 2017 and allow her amended petition to be filed for review by the Court.

The only venue and personal jurisdiction that exists over Timothy Noonan is the Northern Federal District of Georgia. Ms. Mischler has rewritten an attached amended petition to only one count of mandamus in the counts action against Timothy Noonan. In addition, she has asserted in the factual statements in her complaint she was discriminated against as a female. Last, Ms. Mischler also states the specific Constitutional provisions that were violated.

Wherefore, Ms. Mischler asks the District Court to reconsider its order dismissing this action and allow her amended petition be filed for review by the Court.

Respectfully submitted,

*[signature]*

Amy Mischler
1102 Palm Court
Okeechobee, Florida 34974
863-763-6213
ajmischler@yahoo.com

Certificate of Service

There is no certificate service as the single defendant has not yet been served.

*[signature]*